# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 23, 2022

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 22-10600   In re: Fed of S Coop/Land Asst
                            USDC No. 4:21-CV-595

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Melissa Mattingly
Melissa V. Mattingly, Deputy Clerk
504-310-7719

cc w/encl:
    Mr. Chase Johnson Cooper
    Mr. Charles William Fillmore
    Mr. Hartson Dustin Fillmore III
    Mr. Gene Patrick Hamilton
    Mr. Scott Martin Hendler
    Mr. Jonathan F. Mitchell
    Mr. David Samuel Muraskin
    Mr. Jordan B. Redmon
    Mr. Mark Rosenbaum
    Mr. Jack Starcher
    Mr. Andrew E. Tauber
    Ms. Rebecca Ruth Webber