# United States Court of Appeals
# for the Fifth Circuit

_____

No. 22-10600
_____

In re Federation of Southern Cooperatives/Land Assistance Fund,

                                                        *Petitioner.*

_____

Petition for a Writ of Mandamus
to the United States District Court
for the Northern District of Texas
USDC No. 4:21-CV-595

_____

Before Southwick, Graves, and Costa, *Circuit Judges.*

Per Curiam:

    IT IS ORDERED that the petition for writ of mandamus is DENIED because a postjudgment appeal is an adequate opportunity to challenge this type of discovery ruling.



**A True Copy**
**Certified order issued Jun 23, 2022**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**